# STAGG, TERENZI, CONFUSIONE & WABNIK, LLP

ATTORNEYS AT LAW
401 FRANKLIN AVENUE
SUITE 300
GARDEN CITY, NEW YORK 11530
(516) 812-4500
FAX: (516) 812-4600

331 NEWMAN SPRINGS ROAD
BUILDING 1, 4TH FLOOR, SUITE 143
RED BANK, NEW JERSEY 07701
(732) 784-1586

1111 SUMMER STREET, 5TH FLOOR
STAMFORD, CONNECTICUT 06905

Thomas E. Stagg*◊
Ronald M. Terenzi∆
Lisa M. Confusione
Debra L. Wabnik*
Daniel P. Gregory*
Andrew Kazin

Jonathan M. Bernstein*▫
Jason R. Bleck*
Jacqueline M. Della Chiesa
Andrew R. Goldenberg
Cara M. Goldstein
Haley E. Olam∆
Michelle E. Tarson*
Shawn Tock°

Of Counsel
John C. Polera∆
Kristen Renzulli*

*Also Admitted NJ
∆Also Admitted CT
◊Also Admitted DC
▫Also Admitted FL
°Also Admitted Ontario

May 18, 2010

Via ECF

Hon. Joan M. Azrack
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:    Richard Fernandez v. JPMorgan Chase & Co. d/b/a
              JPMorgan Chase Bank, N.A.
              Case No. CV-10-0800

Dear Judge Azrack:

      We represent defendant JPMorgan Chase Bank, N.A., s/h/a JPMorgan Chase & Co. d/b/a JPMorgan Chase Bank, N.A.

      We respectfully request the Court's Scheduling Order Conference scheduled for May 19, 2010 be rescheduled for July 1, 2010 at 11:00 a.m. on consent of all parties. The parties have reached a settlement in principle. We are finalizing a settlement agreement and once finalized, we will file a stipulation of dismissal with the court. We anticipate that it will take another two weeks to complete.

                                        Respectfully submitted,
                                        Stagg, Terenzi, Confusione & Wabnik, LLP

                                        By: /s/Andrew R. Goldenberg
                                            Andrew R. Goldenberg

cc:    Mark J. Rayo, Esq. (via ECF)